# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WILLIAMS, | |
| *Petitioner*, | 3:07-cv-00367-LRH-VPC |
| vs. | ORDER |
| STATE OF NEVADA, | |
| *Respondent*. | |

Petitioner's motion (#5) for reconsideration is DENIED, for the reasons previously assigned in the remand order (#4). Petitioner's argument concerning the operation of the removal statutes with regard to state criminal proceedings is without merit under long-established authority. *See Georgia v. Rachel*, 384 U.S. 780, 792, 86 S.Ct. 1783, 1790, 16 L.Ed.2d 925 (1966); *City of Greenwood v. Peacock*, 384 U.S. 808, 827-28, 86 S.Ct. 1800, 1812, 16 L.Ed.2d 944 (1966); *California v. Sandoval*, 434 F.3d 635, 636 (9th Cir. 1970). The prior remand order stands, and this federal action remains closed.

DATED this 5th day of September, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE